# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

MEADWESTVACO CALMAR, INC.,    )
f/k/a SAINT-GOBAIN CALMAR, INC.,  )
and WILLIAM T. WHITLOW,      )
                         )
        Plaintiffs,       )
                         )
vs.                        )     **Case No. 09-0116-CV-W-GAF**
                         )
LARRY BOSHEARS,        )
                         )
        Defendant.      )

## ORDER GRANTING MOTION TO INTERVENE

Now pending before the Court is proposed intervenor Dan Craig's Motion to Intervene in the above referenced case. For good cause shown, it is

ORDERED that Dan Craig is granted leave to intervene in the above referenced case.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: April 7, 2009